1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6    United States of America

7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10                                    )    CR-07-49-AWI
    UNITED STATES OF AMERICA,         )
11                                    )
                   Plaintiff,         )
12                                    )    **STIPULATION FOR RESCHEDULING**
                                      )    **OF CONTESTED HEARING**
13            v.                      )
                                      )
14                                    )
    KENNETH HENRY MCDONALD,           )
15                                    )
                                      )
16                 Defendant.         )
                                      )
17                                    )
                                      )
18 _____    )

19
          Defendant Kenneth Henry McDonald ("Defendant"), by and through his
20
   counsel of record, Ann Voris, and the United States of America, by and
21
   through Assistant United States Attorney Grant B. Rabenn, hereby agree
22
   and stipulate as follows:
23
          1.    The contested hearing in the above-captioned case currently
24
   scheduled for Tuesday, June 26, 2012 at 9:00 a.m., shall be rescheduled
25
   for Thursday, June 28, 2012, at 9:00 a.m.
26
   ///
27
   ///
28

1  IT IS SO STIPULATED.

2  DATED: June 25, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney
3

4                             By:          /s/ Grant B. Rabenn
                                           GRANT B. RABENN
5                                          Assistant U.S. Attorney

6  DATED: June 25, 2012      By:           /s/ Ann Voris
                                           ANN VORIS
7                                          Attorney for Defendant

8

9                                  **ORDER**

10 IT IS SO ORDERED.

11

12 Dated: _____June 28, 2012_____  _____
                                   CHIEF UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2